UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUJTIM P. STERBYCI and
VIOLETA STERBYCI,

    Plaintiffs,

                                                          Case No. 06-10500

v.

1329668 ONTARIO LIMITED d/b/a               Hon. John Corbett O'Meara
MOE'S TRANSPORT TRUCKING,
a foreign corporation, and SALEM DIAB,
jointly and severally,

    Defendants.
_____/

## ORDER SATISFYING ORDERS TO SHOW CAUSE

On February 17 and 22, 2006, the court issued orders to show cause, requiring Plaintiffs to properly allege both the state of incorporation and the principal place of business of the corporate defendant. Plaintiffs responded by letter on February 22, 2006. Upon review of Plaintiffs' submission, the court concludes that Plaintiffs have properly alleged diversity jurisdiction and that the court's orders to show cause have been satisfied.

    SO ORDERED.


                                           s/John Corbett O'Meara
                                           John Corbett O'Meara
                                           United States District Judge


Dated: February 24, 2006